IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CIVIL ACTION NO. 3:14-CV-4018-JFA |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| $25,460 IN UNITED STATES CURRENCY, | ) ) |
| | ) |
| Defendant *in Rem.* | ) |

ORDER GRANTING DEFAULT JUDGMENT,
AND GRANTING JUDGMENT AND DECREE OF FORFEITURE

This *in rem* forfeiture action was initiated through a Complaint for Forfeiture *In Rem* filed on October 15, 2014. It concerns $25,460 in United States currency (the "Defendant Currency") which was seized on April 14, 2014, by officers of the Drug Enforcement Administration. The complaint alleges that the Defendant Currency constitutes or is traceable to proceeds involved in drug trafficking offenses, or was used or intended to be used to facilitate such offenses; that the currency is involved in money laundering offenses, and that the Defendant Currency is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6), and 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C).

1

It appears that a copy of the Complaint and the Notice of Forfeiture Action were served upon the known potential claimants, Felix Joel Cepeda ("Cepeda") and Eduardo Rey Rodriguez ("Rodriguez"), and to Cepeda's attorney, Oscar J. Rodriguez pursuant to Supplemental Rule G(4)(b), Fed. R. Civ. P.; that publication has been lawfully made in this matter; that lawful notice was given to all potential claimants, known or unknown, either through direct notice, or through publication; that no Claims, Answers, or other responsive pleadings have been filed in response to such notice; that no extensions to the applicable time limits have been requested, consented to, or granted by this Court; and, that the Clerk of Court has entered default against all known and unknown potential claimants, pursuant to Rule 55(a), Fed. R. Civ. P.  Accordingly, the Court finds and concludes as follows:

1. That process was lawfully executed in this action and returned according to law;

2. That the Defendant Currency was lawfully arrested pursuant to the warrant of arrest *in rem*, pursuant to Rule G(3);

3. That public notice of this forfeiture action was lawfully made on an official government internet forfeiture website for a period of at least 30 consecutive days, pursuant to Rule G(4)(a)(iv)(C);

4. That Cepeda and Rodriguez, the known potential claimants, have

received direct notice of this action pursuant to Rule G(4)(b);

5. That Cepeda and Rodriguez have failed to file a Claim, Answer, or other responsive pleading in this action, as required by Rule G(5);

6. That no other person or entity has filed a Claim, Answer, or other responsive pleading within the time fixed by law; and

7. That the allegations of the Complaint are taken as admitted.

NOW THEREFORE, based upon the above findings, and the court being otherwise fully advised, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. All persons claiming any right, title or interest in or to the Defendant Currency are hereby held in default, and any right, title, or interest in the Defendant Currency on the part of any claimants or third parties are extinguished and forever barred.

2. Default Judgment shall be entered by the Clerk of Court against the Defendant Currency, and in favor of the United States.

3. Pursuant to 21 U.S.C. § 881(a)(6), and 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C), the Defendant Currency is hereby forfeited, condemned, quit-claimed and abandoned to the United States of America.

4. Clear title in and to the Defendant Currency is vested in the United States of America, and no other right, title or interest exists therein.

All other claims to the Defendant Currency are hereby forever foreclosed and barred.

     5.    The $25,460 in United States currency forfeited herein shall be disposed of by the United States as authorized by law.

     IT IS SO ORDERED.

January 8, 2015  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge